## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:19-CR-00277-ALM-CAN |
| | § | |
| JUAN FELIPE VALENCIA- | § | |
| ARISTIZABAL (1) | § | |
| a.k.a. "Juan Felipe Valencia" | § | |
| a.k.a. "Andres Felipe Loaiza Salcedo" | § | |
| VICTOR IBARRA (2) | § | |
| a.k.a. "Mostazas" | § | |
| LEONEL GARDEA (3) | § | |
| a.k.a. "Leo" | § | |
| MOISES ANTHONY PIEDRA (4) | § | |
| a.k.a. "Mostazas" | § | |
| MOISES MENDEZ (5) | § | |
| ████████████████ | § | |
| | | |
| ████████████ | § | |
| | § | |
| ██████ | § | |
| LEONOR LOPEZ (8) | § | |
| EDUARDO FERNANDO MARTINEZ- | § | |
| GONZALEZ (9) | § | |
| a.k.a. "Eduardo Torres-Hernandez" | § | |
| "Eduardo Del Valle" "Eduardo Del | § | |
| Valle Torres" "Lalo" | § | |
| JOSE ALFREDO RAMIREZ (10) | § | |
| a.k.a. "Juan Salazar-Ramirez" "Fello" | § | |
| GABRIELA ROBLES-DERAS (11) | § | |
| a.k.a. "Gabriela Robles" "Gabi" | § | |
| JULIO RAMOS (12) | § | |
| a.k.a. "Don Julio" "Julio Ramos | § | |
| Velasquez" "Julio Ramos II" | § | |
| JONATHAN RAMOS (13) | § | |
| ████████████████ | § | |
| | § | |
| ██████████ | § | |
| | § | |
| | § | |



FILED

FEB 1 0 2022

Clerk, U.S. District Court
Texas Eastern

Fourth Superseding Indictment/Notice of Penalty – Page 1



FERNANDO ALFREDO RODRIGUEZ-
REYES (16)
  a.k.a. "Javier Bernal-Monreal" "Fresa"
  "Christopher Bernal-Monreal"
BRIAN LEE VAUGHN (17)
BRENDA ELIZABETH VAUGHN (18)
YESENIA MARTINEZ (19)
SAUL SIBRIAN (20)
JOSE ALFREDO MARTINEZ (21)
  a.k.a. "Guero" "Pastas"

DARIO SAKOTIC (23)
  a.k.a. "European" "King Dario"
DAVID VALLEJO-IRACHETA (24)
  a.k.a. "Seven"

JUAN SERGIO OVALLE (27)
  a.k.a. "Paniquiado"
JOSE VALLEJO (28)
  a.k.a. "Muneco" "Novio"

SERGIO CORRALL REYES (34)
  a.k.a. "El Tio"

MARK STEVEN BROWN (36)
PRIMO MARQUEZ IV (37)
  a.k.a. "P4"

AGUSTIN LARA (41)
JUAN FRANCISCO QUEZADA-
FLORES (42)
  a.k.a. "Abuelo"

§ § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §



JORGE LUIS SUAREZ-OSORIA (45)
  a.k.a. "Cubo"
MARK ANTHONY ORNELAS (46)
  a.k.a. "Pelucas" "Barbero" "Red"
SERGIO DENNIS CORONADO (47)
  a.k.a. "D"
KEVIN QUAE-THAI TRAN (48)
  a.k.a. "Chino"
WILLIAM HUNT MATERKA (49)
BRYAN PAUL MORGAN (50)
  a.k.a. "Plano Brother"

BRANDON HENSHAW (52)
  a.k.a. "Star"
CHRISTIAN CORTEZ SANCHEZ (53)
ROCKY OLIVAREZ, JR. (54)
JAIME PEDRAZA (55)
  a.k.a. "Partes"
WENDOLYN GARCIA LUNA (56)
DELFINO CAMARILLO (57)
EDGAR FERNANDO GALLARDO-
LUNA (58)
  a.k.a. "Cunado"
DANIEL CASTRO, JR. (59)
SHARON RENEE MARTIN (60)
MARTINA DEL FIN VILLARREAL (61)

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

## FOURTH SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about January 2016, and continuously thereafter up to and including February 10, 2022, in the Eastern District of Texas and elsewhere,

Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia" "Andres Felipe Loaiza Salcedo"

Victor Ibarra, a.k.a. "Mostazas"

Moises Anthony Piedra, a.k.a. "Mostazas"

Moises Mendez

███████████████████████████

██████████████████

Leonor Lopez

Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez" "Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo"

Jose Alfredo Ramirez, a.k.a. "Juan Salazar-Ramirez" "Fello"

███████████████████████████

Fernando Alfredo Rodriguez-Reyes, a.k.a. "Javier Bernal-Monreal" "Fresa"

Brian Lee Vaughn

Brenda Elizabeth Vaughn

Saul Sibrian

Jose Alfredo Martinez, a.k.a. "Guero" "Pastas"

███████████████████"

Juan Sergio Ovalle, a.k.a. "Paniquiado"

Jose Vallejo, a.k.a. "Muneco" "Novio"

█████████████████████

████████████████

███████████████████████████

Sergio Corrall Reyes, a.k.a. "El Tio"

████████████████

Mark Steven Brown

Primo Marquez IV, a.k.a. "P4"

Edgar Fernando Gallardo-Luna, a.k.a. "Cunado"

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Two

> Violation:  21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Cocaine)

That from sometime in or about January 2016, and continuously thereafter up to

and including February 10, 2022, in the Eastern District of Texas and elsewhere,

**Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia"**
**"Andres Felipe Loaiza Salcedo"**
**Victor Ibarra, a.k.a. "Mostazas"**
**Leonel Gardea, a.k.a. "Leo"**
**Moises Anthony Piedra, a.k.a. "Mostazas"**
**Moises Mendez**
███████████████████████████████
███████████████████████

**Leonor Lopez**
**Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez"**
**"Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo"**
**Jose Alfredo Ramirez, a.k.a. "Juan Salazar-Ramirez" "Fello"**
**Julio Ramos, a.k.a. "Don Julio" "Julio Ramos Velasquez" "Julio Ramos II"**
**Jonathan Ramos**
███████████████████████████████,
███████████████████████████

**Fernando Alfredo Rodriguez-Reyes, a.k.a. "Javier Bernal-Monreal" "Fresa"**
**Saul Sibrian**
**Jose Alfredo Martinez, a.k.a. "Guero" "Pastas"**
████████████████████

**Dario Sakotic, a.k.a. "European" "King Dario"**
**David Vallejo-Iracheta, a.k.a. "Seven"**
████████████

**Juan Sergio Ovalle, a.k.a. "Paniquiado"**
**Jose Vallejo, a.k.a. "Muneco" "Novio"**
██████████████████
████████████
████████████████████████████

**Sergio Corrall Reyes, a.k.a. "El Tio"**
██████████

**Primo Marquez IV, a.k.a. "P4"**
██████████████

**Agustin Lara**
**Juan Francisco Quezada-Flores, a.k.a. "Abuelo"**

███████████,

**Jorge Luis Suarez-Osoria, a.k.a. "Cubo"**
**Mark Anthony Ornelas, a.k.a. "Pelucas" "Barbero" "Red"**
**Sergio Dennis Coronado, a.k.a. "D"**
**Kevin Quae-Thai Tran, a.k.a. "Chino"**
**William Hunt Materka**
**Bryan Paul Morgan, a.k.a. "Plano Brother"**

███████████

**Brandon Henshaw, a.k.a. "Star"**
**Christian Cortez Sanchez**
**Rocky Olivarez, Jr.**
**Jaime Pedraza, a.k.a. "Partes"**
**Wendolyn Garcia Luna**
**Delfino Camarillo**
**Edgar Fernando Gallardo-Luna, a.k.a. "Cunado"**
**Daniel Castro, Jr.**
**Sharon Renee Martin**
**Martina Del Fin Villarreal**

defendants, did knowingly and intentionally combine, conspire, and agree with each other

and other persons known and unknown to the United States Grand Jury, to knowingly

and intentionally possess with the intent to manufacture and distribute 5 kilograms or

more of a mixture or substance containing a detectable amount of cocaine, a violation of

21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Three

Violation: 21 U.S.C. § 959 and 18
U.S.C. § 2 (Manufacturing and
Distributing Methamphetamine, Cocaine
and Heroin Intending and Knowing that
the Methamphetamine, Cocaine and
Heroin Will Be Unlawfully Imported

into the United States and Aiding and Abetting)

That from sometime in or about January 2016, and continuously thereafter up to and including February 10, 2022,

**Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia"**
**"Andres Felipe Loaiza Salcedo"**
**Victor Ibarra, a.k.a. "Mostazas"**
**Leonel Gardea, a.k.a. "Leo"**
**Moises Anthony Piedra, a.k.a. "Mostazas"**
**Moises Mendez**

██████████████████████████

████████████████

**Leonor Lopez**
**Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez"**
**"Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo"**
**Jose Alfredo Ramirez, a.k.a. "Juan Salazar-Ramirez" "Fello"**
**Julio Ramos, a.k.a. "Don Julio" "Julio Ramos Velasquez" "Julio Ramos II"**
**Jonathan Ramos**

██████████████████████████

████████████████████████████

**Fernando Alfredo Rodriguez-Reyes, a.k.a. "Javier Bernal-Monreal" "Fresa"**
**Brian Lee Vaughn**
**Brenda Elizabeth Vaughn**
**Saul Sibrian**
**Jose Alfredo Martinez, a.k.a. "Guero" "Pastas"**

████████████████████

**Dario Sakotic, a.k.a. "European" "King Dario"**
**David Vallejo-Iracheta, a.k.a. "Seven"**

██████████████

**Juan Sergio Ovalle, a.k.a. "Paniquiado"**
**Jose Vallejo, a.k.a. "Muneco" "Novio"**

██████████████████

██████████████████████████

**Sergio Corrall Reyes, a.k.a. "El Tio"**

████████████

**Mark Steven Brown**
**Primo Marquez IV, a.k.a. "P4"**

████████████████

Agustin Lara
Juan Francisco Quezada-Flores, a.k.a. "Abuelo"

████████ ████████,

Jorge Luis Suarez-Osoria, a.k.a. "Cubo"
Mark Anthony Ornelas, a.k.a. "Pelucas" "Barbero" "Red"
Sergio Dennis Coronado, a.k.a. "D"
Kevin Quae-Thai Tran, a.k.a. "Chino"
William Hunt Materka
Bryan Paul Morgan, a.k.a. "Plano Brother"

████████

Brandon Henshaw, a.k.a. "Star"
Christian Cortez Sanchez
Rocky Olivarez, Jr.
Jaime Pedraza, a.k.a. "Partes"
Wendolyn Garcia Luna
Delfino Camarillo
Edgar Fernando Gallardo-Luna, a.k.a. "Cunado"
Daniel Castro, Jr.
Sharon Renee Martin
Martina Del Fin Villarreal

defendants, did knowingly and intentionally manufacture and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), five kilograms or more of a mixture or substance containing a detectable amount of cocaine, and 1 kilogram or more of a mixture or substance containing a detectable amount of heroin intending, knowing and with reasonable cause to believe that such methamphetamine, cocaine and heroin would be unlawfully imported into the United States.

In violation of 21 U.S.C. § 959 and 18 U.S.C. § 2.

## Count Four

Violation: 18 U.S.C. § 1956(h) and
1956(a)(2)(A) and (a)(2)(B)(i)
(Conspiracy to Commit Money
Laundering)

That from sometime in or about January 2016, and continuously thereafter up to

and including February 10, 2022, in the Eastern District of Texas and elsewhere,

**Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia"**
**"Andres Felipe Loaiza Salcedo"**
**Victor Ibarra, a.k.a. "Mostazas"**
**Leonel Gardea, a.k.a. "Leo"**
**Moises Anthony Piedra, a.k.a. "Mostazas"**
**Moises Mendez**
█████████████████████████████,
█████████████████
**Leonor Lopez**
**Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez"**
**"Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo"**
**Jose Alfredo Ramirez, a.k.a. "Juan Salazar-Ramirez" "Fello"**
**Gabriela Robles-Deras, a.k.a. "Gabriela Robles" "Gabi"**
**Julio Ramos, a.k.a. "Don Julio" "Julio Ramos Velasquez" "Julio Ramos II"**
**Jonathan Ramos**
████████████████████████████████
**Fernando Alfredo Rodriguez-Reyes, a.k.a. "Javier Bernal-Monreal" "Fresa"**
**Brian Lee Vaughn**
**Brenda Elizabeth Vaughn**
**Yesenia Martinez**
**Saul Sibrian**
**Jose Alfredo Martinez, a.k.a. "Guero" "Pastas"**
████████████████████
**Dario Sakotic, a.k.a. "European" "King Dario"**
**David Vallejo-Iracheta, a.k.a. "Seven"**
**Edgar Fernando Gallardo-Luna, a.k.a. "Cunado"**
**Daniel Castro, Jr.**
**Martina Del Fin Villarreal**

defendants, did knowingly combine, conspire, and agree together and with each other and with other persons known and unknown to conduct financial transactions affecting interstate commerce which involved the proceeds of specified unlawful activity, that is conspiracy to distribute and possess with intent to manufacture and distribute methamphetamine, cocaine, and heroin as alleged in Counts One, Two, Three, and Five of this Fourth Superseding Indictment;

    1.    knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of that specified unlawful activity contrary to 18 U.S.C. § 1956(a)(B)(i);

    2.    did knowingly transport, transmit, or transfer, or attempt to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States, or to a place in the United States from or through a place outside the United States, with intent to promote the carrying on of specified unlawful activity, that is, Conspiracy to Possess with the Intent to Manufacture and Distribute a Controlled Substance, to-wit: methamphetamine, cocaine, and heroin as described in Counts One, Two, Three, and Five of this Fourth Superseding Indictment, in violation of 18 U.S.C. § 1956(a)(2)(A); and

    3.    did knowingly transport, transmit, or transfer, or attempt to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States, or to a place in the United States from or through a place outside the United States, involving the proceeds of a specified unlawful activity, that is, Conspiracy to Possess with the Intent to Manufacture and Distribute a

**Fourth Superseding Indictment/Notice of Penalty – Page 10**

Controlled Substance, to-wit: methamphetamine, cocaine, and heroin as described in

Counts One, Two, Three, and Five of this Fourth Superseding Indictment, knowing that

the monetary instrument or funds involved in the transportation, transmission, or transfer

represented the proceeds of some form of unlawful activity and knowing that such

transportation, transmission, or transfer was designed in whole or in part to conceal and

disguise the nature, location, source, ownership, and control of the proceeds of the

specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(2)(B)(i).

All in violation of 18 U.S.C. § 1956(h).

### Count Five

> Violation:  21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Heroin)

That from sometime in or about January 2016, and continuously thereafter up to

and including February 10, 2022, in the Eastern District of Texas and elsewhere,

**Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia"**
**"Andres Felipe Loaiza Salcedo"**
**Victor Ibarra, a.k.a. "Mostazas"**
**Leonel Gardea, a.k.a. "Leo"**
**Moises Anthony Piedra, a.k.a. "Mostazas"**
**Moises Mendez**
**████████████████████**

**Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez"**
**"Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo"**
**Jose Alfredo Ramirez, a.k.a. "Juan Salazar-Ramirez" "Fello"**
**████████████████████**

**Fernando Alfredo Rodriguez-Reyes, a.k.a. "Javier Bernal-Monreal" "Fresa"**
**Saul Sibrian**
**Jose Alfredo Martinez, a.k.a. "Guero" "Pastas"**
**Dario Sakotic, a.k.a. "European" "King Dario"**
**Juan Sergio Ovalle, a.k.a. "Paniquiado"**
**Jose Vallejo, a.k.a. "Muneco" "Novio"**

████████████████████████████████████,"

**Sergio Corrall Reyes, a.k.a. "El Tio"**
**Primo Marquez IV, a.k.a. "P4"**
**William Hunt Materka**
**Edgar Fernando Gallardo-Luna, a.k.a. "Cunado"**
**Daniel Castro, Jr.**
**Sharon Renee Martin**
**Martina Del Fin Villarreal**

defendants, did knowingly and intentionally combine, conspire, and agree with each other

and other persons known and unknown to the United States Grand Jury, to knowingly

and intentionally possess with the intent to manufacture and distribute 1 kilogram or

more of a mixture or substance containing a detectable amount of heroin, a violation of

21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Six

> Violation:  18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about April 29, 2020, within the Northern District of Texas, **Victor Ibarra,**

**a.k.a. "Mostazas,"** defendant, did knowingly possess firearms, namely, a FN Herstal

Model 57, .57 caliber pistol, Serial Number 386365386, a Glock Model 43, 9mm pistol,

Serial Number BCTU509 and a Glock GMBH Model 22GEN4, .40 caliber pistol, Serial

Number BLXT626, in furtherance of a drug trafficking crime for which he may be

prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to

distribute methamphetamine, cocaine, and heroin.

In violation of 18 U.S.C. § 924(c).

### Count Seven

Violation:  18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about April 29, 2020, within the Northern District of Texas, **Moises**

**Anthony Piedra, a.k.a. "Mostazas,"** defendant, did knowingly possess firearms,

namely, a Glock Model 43, 9mm pistol, Serial Number BCTU509, in furtherance of a

drug trafficking crime for which he may be prosecuted in a Court of the United States, to

wit: conspiracy to possess with the intent to distribute methamphetamine, cocaine, and

heroin.

In violation of 18 U.S.C. § 924(c).

### Count Eight

Violation: Title 21 U.S.C. § 848(a)
(Continuing Criminal Enterprise)

That from sometime in or about January 2016, and continuously thereafter up to

and including February 10, 2022, in the Eastern District of Texas and elsewhere,

**Victor Ibarra, a.k.a. "Mostazas"**
**Moises Anthony Piedra, a.k.a. "Mostazas"**

**Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez"**
**"Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo"**
**Jose Alfredo Martinez, a.k.a. "Guero" "Pastas"**

defendants herein, did unlawfully, knowingly and intentionally engage in a continuing

criminal enterprise in that they unlawfully, knowingly and intentionally violated 21

U.S.C. § 846, which violation includes, but is not limited to, the substantive violation

alleged in Counts 1, 2, 3, and 5 of this Fourth Superseding Indictment, to wit: Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine, Heroin and Cocaine, and Manufacturing and Distributing Methamphetamine, Cocaine and Heroin Intending and Knowing that the Methamphetamine, Cocaine and Heroin Will Be Unlawfully Imported into the United States, which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, et seq., undertaken by defendants **Victor Ibarra, a.k.a. "Mostazas," Moises Anthony Piedra, a.k.a. "Mostazas, "** ▇▇▇▇▇▇▇▇▇▇▇ **"** ▇▇▇▇▇▇▇▇▇**" Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez" "Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo," Jose Alfredo Martinez, a.k.a. "Guero" "Pastas," and** ▇▇▇▇▇▇▇▇▇▇ **"Pops,"** in concert with at least five other persons with respect to whom **Victor Ibarra, a.k.a. "Mostazas," Moises Anthony Piedra, a.k.a. "Mostazas, "** ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇**" Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez" "Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo," Jose Alfredo Martinez, a.k.a. "Guero" "Pastas," and** ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ d a position of organizer, supervisor, and any position of management, and from which such continuing series of violations the defendant obtained substantial income and resources.

All in violation of 21 U.S.C. § 848(a).

### Count Nine

Violation: Title 18 U.S.C. § 924(o)
(Conspiracy to Possess Firearms in
Furtherance of any Crime of Violence or
Drug Trafficking Crime)

That from sometime in or about January 2016, and continuously thereafter up to

and including February 10, 2022, in the Eastern District of Texas and elsewhere,

█████████████████████████████████████████,

**Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez"**
**"Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo"**
**Jose Alfredo Ramirez, a.k.a. "Juan Salazar-Ramirez" "Jose Ruiz" "Fello"**
████████████████████████████

**Fernando Alfredo Rodriguez-Reyes, a.k.a. "Javier Bernal-Monreal" "Fresa"**
**Jose Alfredo Martinez, a.k.a. "Guero" "Pastas"**
**Jose Vallejo, a.k.a. "Muneco" "Novio"**
████████████████████████████

**Kevin Quae-Thai Tran, a.k.a. "Chino"**

knowingly, combined, conspired, confederated, and agreed with others known and

unknown to the Grand Jury to commit offenses against the United States, that is, the

defendants, █████████████████████████████████ **Eduardo Fernando**

**Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez" "Eduardo Del Valle"**

**"Eduardo Del Valle Torres" "Lalo," Jose Alfredo Ramirez, a.k.a. "Juan Salazar-**

**Ramirez" "Jose Ruiz" "Fello,"** █████████████████████████████

**Fernando Alfredo Rodriguez-Reyes, a.k.a. "Javier Bernal-Monreal" "Fresa," Jose**

**Alfredo Martinez, a.k.a. "Guero" "Pastas," Jose Vallejo, a.k.a. "Muneco" "Novio,"**

██████████████████████████████ and **Kevin Quae-Thai Tran,**

**a.k.a. "Chino,"** conspired to possess firearms in furtherance of the drug trafficking

crimes charged in Counts 1, 2, 3 and 5 of this Fourth Superseding Indictment, re-alleged

herein, contrary to 18 U.S.C. § 924(c)(1) and 924(o).

Fourth Superseding Indictment/Notice of Penalty -- Page 15

## <u>NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE</u>

As a result of committing the offense charged in this Fourth Superseding

Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C.

§ 924(d), 18 U.S.C. § 982 and 21 U.S.C. § 853, all property used to commit or facilitate

the offenses, proceeds from the offenses, and property derived from proceeds obtained

directly or indirectly from the offenses, including but not limited to the following:

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3909 LARKIN LANE, GARLAND, DALLAS COUNTY, TEXAS more fully described as BEING LOT 1, BLOCK 1, OF TOLER ESTATES NO. 2, AN ADDITION TO THE CITY OF GARLAND, DALLAS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOL 72037, PAGE 2541, OF THE MAP RECORDS OF DALLAS COUNTY, TEXAS seized from **Leonor Lopez**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 174 LAKE CANDLEWOOD COURT, CLINT, EL PASO COUNTY, TEXAS more fully described as LOT 78, BLOCK 2, LAKE WAY ESTATES UNIT ONE, EL PASO, EL PASO COUNTY, TEXAS ACCORDING TO THE PLAT THEREOF RECORDED COLUME 60, PAGE 27 OF THE PLAT RECORDS OF EL PASO COUNTY, TEXAS, EL PASO CENTRAL APPRAISAL GEO ID L17800000207800 seized from **Yesenia Martinez**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 5114 CIMARRON STREET, LOS ANGELES, CA 90062, LOS ANGELES COUNTY more fully described as THE NORTH 40 FEET OF LOT 240 OF ST. VINCENT COLLEGE TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 12 PAGES 118 AND 119 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY seized from **Julio Ramos, a.k.a. "Don Julio" "Julio RamosVelaquez" "Julio Ramos II"**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3046 ROTAN LANE, DALLAS, DALLAS COUNTY, TEXAS more fully described as WALNUT HILLS 3RD INST BLOCK 15/6461, LOT 15, VOL98128/0056 DD022098 CO-DALLAS, 6461 015 01500 1006461 015 seized from **Brenda Elizabeth Vaughn**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 1406 KITTYHAWK DRIVE, ARLINGTON, TARRANT COUNTY, TEXAS MAYFIELD MEADOWS more fully described as ADDITION BLOCK E LOT 4 seized from **Saul Sibrian**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 0 E 12th, KEMP, KAUFMAN COUNTY, TEXAS more fully described as STILL ADDN BLOCK 20, PROPERTY ID 37670 seized from **Saul Sibrian**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 0 E 12TH, KEMP, KAUFMAN COUNTY, TEXAS more fully described as STILL ADDN BLOCK 21, PROPERTY ID 37669 seized from **Saul Sibrian**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 0 E 11TH, KEMP, KAUFMAN COUNTY, TEXAS more fully described as STILL, BLOCK 19 PT, PROPERTY ID 37667 seized from **Saul Sibrian**

FN Herstal Model 57, .57 caliber pistol, Serial Number 386365386 seized from **Victor Ibarra, a.k.a. "Mostazas"**

Glock GMBH Model 22GEN4, .40 caliber pistol, Serial Number BLXT626 seized from **Victor Ibarra, a.k.a. "Mostazas"**

Glock Model 43, 9mm pistol, Serial Number BCTU509 seized from **Moises Anthony Piedra, a.k.a. "Mostazas"**

2015 Volkswagen Passat, VIN #1VWAS7A32FC120225 seized from **Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia" "Andres Felipe Loaiza Salcedo"**

2009 Mercedes Benz S Class S550, VIN # WDDNG71X09A273376 seized from **Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia" "Andres Felipe Loaiza Salcedo"**

Assorted jewelry valued at $3,725.00 seized from **Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia" "Andres Felipe Loaiza Salcedo"**

$1,920 in U.S. currency seized from **Juan Felipe Valencia-Aristizabal, a.k.a. "Juan Felipe Valencia" "Andres Felipe Loaiza Salcedo"**

$52,860.00 in U.S. currency seized from **Leonel Gardea, a.k.a. "Leo"**

$903.00 in U.S. currency seized from **Leonel Gardea, a.k.a. "Leo"**

$17,000.00 in U.S. currency seized from **Moises Anthony Piedra, a.k.a. "Mostazas"**

$2,981.00 in U.S. currency seized from **Moises Anthony Piedra, a.k.a. "Mostazas"**

$404.00 in U.S. currency seized from **Victor Ibarra, a.k.a. "Mostazas"**

Wells Fargo Bank, Account xxxx2515 in the amount of $902,746.64

Wells Fargo Bank, Account xxxx9841, in the amount of $27,181.88

Whitney and Hancock Bank, Account xxxx0205 in the amount of $34,424.46

$59,141.72 in U.S. currency seized from **Jose Vallejo, a.k.a. "Muneco" "Novio"**

$107,270.00 in U.S. currency seized from **Eduardo Fernando Martinez-Gonzalez, a.k.a. "Eduardo Torres-Hernandez" "Eduardo Del Valle" "Eduardo Del Valle Torres" "Lalo"**

$3,716.00 in U.S. currency seized from **Gabriela Robles-Deras, a.k.a. "Gabriela Robles" "Gabi"**

$1,200,027.23 in U.S. currency

$774,910.00 in U.S. currency seized from **Jose Alfredo Ramirez, a.k.a. "Juan Salazar-Ramirez" "Fello," Edgar Fernando Gallardo-Luna,** and **Fernando Alfredo Rodriguez-Reyes, a.k.a. "Javier Bernal-Monreal" "Fresa"**

$1,121.00 in U.S. currency seized from **Edgar Fernando Gallardo-Luna, a.k.a. "Cunado"**

$6,288.02 in U.S. currency seized from **Jose Alfredo Ramirez, a.k.a. "Juan Salazar-Ramirez" "Fello"**

$404.00 in U.S. currency seized from **Jorge Luis Suarez-Osoria, a.k.a. "Cubo"**

$18,495.00 in U.S. currency seized from **Jorge Luis Suarez-Osoria, a.k.a. "Cubo"**

$505,601.00 in U.S. currency seized from **Edgar Fernando Gallardo-Luna, a.k.a. "Cunado"**

$70,162.00 in U.S. currency seized from **Leonor Lopez**

**Fourth Superseding Indictment/Notice of Penalty – Page 18**

$71,650 in U.S. currency seized from **Jose Alfredo Ramirez**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 4420 Windward Circle, Dallas, Collin County, Texas 75287 more fully described as Northpointe, Blk B/8740 seized from

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 1833 Wildwood Drive, Grand Prairie, Dallas County, Texas 75050 more fully described as BLK 19 PT LT 20, Juris Split to 81249500190200000, INT201700195622 DD07112017 CO-DC, 2495001902000 4CP24950019 seized from **Jose Alfredo Martinez, a.k.a. "Guero" "Pastas"**

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 1441 Dimmit Drive, Carrollton, Denton County, Texas more fully described as Cedar Elm Estates PH II BLK C LOT 1

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 409 Parkvale Lane, Grand Prairie, Dallas County, Texas more fully described as Lake Park Village 3, BLK 14 LT 13 INT201800141061 DD05152018 CO-DC 1206001401 300 4CP12060014 seized from **Yesenia Martinez**

A TRUE BILL

GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

ERNEST GONZALEZ
Assistant United States Attorney

$2/10/22$

Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA §      SEALED
§
v.                                          §      No. 4:19-CR-00277-ALM-CAN
§
JUAN FELIPE VALENCIA-              §
ARISTIZABAL (1)                       §
 a.k.a. "Juan Felipe Valencia"         §
 a.k.a. "Andres Felipe Loaiza Salcedo" §
VICTOR IBARRA (2)                   §
 a.k.a. "Mostazas"                      §
LEONEL GARDEA (3)                 §
 a.k.a. "Leo"                            §
MOISES ANTHONY PIEDRA (4)    §
 a.k.a. "Mostazas"                      §
MOISES MENDEZ (5)                  §

§
§
§
§
LEONOR LOPEZ (8)                   §
EDUARDO FERNANDO MARTINEZ-  §
GONZALEZ (9)                         §
 a.k.a. "Eduardo Torres-Hernandez"   §
 "Eduardo Del Valle" "Eduardo Del   §
 Valle Torres" "Lalo"                   §
JOSE ALFREDO RAMIREZ (10)     §
 a.k.a. "Juan Salazar-Ramirez" "Fello" §
GABRIELA ROBLES-DERAS (11)    §
 a.k.a. "Gabriela Robles" "Gabi"       §
JULIO RAMOS (12)                    §
 a.k.a. "Don Julio" "Julio Ramos       §
 Velasquez" "Julio Ramos II"           §
JONATHAN RAMOS (13)              §
§
§
§
§

**Fourth Superseding Indictment/Notice of Penalty – Page 20**



FERNANDO ALFREDO RODRIGUEZ-
REYES (16)
  a.k.a. "Javier Bernal-Monreal" "Fresa"
  "Christopher Bernal-Monreal"
BRIAN LEE VAUGHN (17)
BRENDA ELIZABETH VAUGHN (18)
YESENIA MARTINEZ (19)
SAUL SIBRIAN (20)
JOSE ALFREDO MARTINEZ (21)
  a.k.a. "Guero" "Pastas"

DARIO SAKOTIC (23)
  a.k.a. "European" "King Dario"
DAVID VALLEJO-IRACHETA (24)
  a.k.a. "Seven"

JUAN SERGIO OVALLE (27)
  a.k.a. "Paniquiado"
JOSE VALLEJO (28)
  a.k.a. "Muneco" "Novio"

SERGIO CORRALL REYES (34)
  a.k.a. "El Tio"

MARK STEVEN BROWN (36)
PRIMO MARQUEZ IV (37)
  a.k.a. "P4"

AGUSTIN LARA (41)
JUAN FRANCISCO QUEZADA-
FLORES (42)
  a.k.a. "Abuelo"

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

████████████████████                    §
                                        §
JORGE LUIS SUAREZ-OSORIA (45)           §
  a.k.a. "Cubo"                         §
MARK ANTHONY ORNELAS (46)               §
  a.k.a. "Pelucas" "Barbero" "Red"      §
SERGIO DENNIS CORONADO (47)             §
  a.k.a. "D"                            §
KEVIN QUAE-THAI TRAN (48)               §
  a.k.a. "Chino"                        §
WILLIAM HUNT MATERKA (49)               §
BRYAN PAUL MORGAN (50)                  §
  a.k.a. "Plano Brother"                §
████████████████████                    §
                                        §
BRANDON HENSHAW (52)                    §
  a.k.a. "Star"                         §
CHRISTIAN CORTEZ SANCHEZ (53)           §
ROCKY OLIVAREZ, JR. (54)                §
JAIME PEDRAZA (55)                      §
  a.k.a. "Partes"                       §
WENDOLYN GARCIA LUNA (56)               §
DELFINO CAMARILLO (57)                  §
EDGAR FERNANDO GALLARDO-                §
LUNA (58)                               §
  a.k.a. "Cunado"                       §
DANIEL CASTRO, JR. (59)                 §
SHARON RENEE MARTIN (60)                §
MARTINA DEL FIN VILLARREAL (61)         §

## Count One

Violation:    21 U.S.C. § 846

Penalty:      If 500 grams or more of a mixture or substance containing a detectable
              amount of methamphetamine or 50 grams or more of methamphetamine
              (actual) – not less than 10 years and not more than life imprisonment, a fine
              not to exceed $10 million, or both; supervised release of at least five years

Special Assessment:   $100.00

## Count Two

Violation:     21 U.S.C. § 846

Penalty:     If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years

Special Assessment:  $100.00

## Count Three

Violation:     21 U.S.C. § 959

Penalty:     Imprisonment for not less than ten years or more than life, a fine not to exceed $10,000,000.00 or both.  A term of supervised release of at least five years

Special Assessment:  $100.00

## Count Four

Violation:     18 U.S.C. § 1956(h) and 1956(a)(2)(A) and (a)(2)(B)(i)

Penalty:     Not more than 20 years imprisonment; a fine not to exceed $500,000 or twice the pecuniary gain or loss, and a term of supervised release of not more than 3 years.

Special Assessment:  $100.00

## Count Five

Violation:     21 U.S.C. § 846

Penalty:     If 1 kilogram or more of a mixture or substance containing a detectable amount of heroin – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years

Special Assessment:  $100.00

## **Counts Six-Seven**

Violation:      18 U.S.C. § 924(c)

Penalty:      Imprisonment for not less than five years to be served consecutive with any
other term; a fine not to exceed $250,000, or both; a term of supervised
release of not more than five years.

Special Assessment:  $100.00

## **Count Eight**

Violation:      21 U.S.C. § 848(a)

Penalty:      Any person who engages in a continuing criminal enterprise shall be
sentenced to a term of imprisonment which may not be less than 20 years
and which may be up to life imprisonment, a fine not to exceed $2 million,
or both; supervised release of at least eight years;
*If any person engages in such activity after one or more prior convictions
under this section have become final, he or she shall be sentenced to a term
of imprisonment which may not be less than 30 years and which may be up
to life imprisonment, a fine not to exceed $4 million, or both; supervised
release of at least ten years.*

Special Assessment:  $100.00

## **Count Nine**

Violation:      18 U.S.C. § 924(o)

Penalty:      Imprisonment for not less than five years to be served consecutive with any
other term; if the firearm is brandished, imprisonment for not less than
seven years; if the firearm is discharged, imprisonment for not less than ten
years; a fine not to exceed $250,000, or both; a term of supervised release
of not more than five years.

Special Assessment:  $100.00